MARY PRINGLE, PETER K. PRINGLE, PETITIONERS

*vs.*

WILLIAM E. GIBSON.

Washington County. Decided March 4, 1938. The petitioners, plaintiffs in two former actions against the said William E. Gibson (See 135 Me., 297, 195 A., 695), alleging error in the decisions therein, seek correction thereof.

Having given due and full consideration to their contentions, the petition is to be denied for the reason that it is amply manifest that no error has been committed. Petition denied. *Stern, Stern & Stern*, for petitioners. *James E. Mitchell*, for defendant.